**NORTON ROSE FULBRIGHT US LLP**
JEFFREY MARGULIES (BAR NO. 126002)
EVA YANG (BAR NO. 306215)
ALEXANDRA M. PEREZ (BAR NO. 350867)
555 South Flower Street
Forty-First Floor
Los Angeles, California  90071
Telephone:    (213) 892-9200
Facsimile:     (213) 892-9494
jeff.margulies@nortonrosefulbright.com
eva.yang@nortonrosefulbright.com
alexadra.perez@nortonrosefulbright.com

Attorneys for Defendant
MATTRESS FIRM, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARMIN WONG, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>MATTRESS FIRM, INC.; and DOES 1-100, inclusive,<br><br>    Defendants. | Case No. 3:26-cv-01364-LJC<br><br><br>**DEFENDANT MATTRESS FIRM, INC.'S ANSWER TO PLAINTIFF'S CLASS ACTION COMPLAINT** |

DOCUMENT PREPARED
ON RECYCLED PAPER

Defendant Mattress Firm, Inc. ("Mattress Firm") hereby answers the Complaint of plaintiff Carmin Wong ("Wong") as follows:

### NATURE OF THE ACTION

1.       Paragraph 1 is a statement of the case to which no response is required. To the extent a response is required, Mattress Firm denies each and every allegation in paragraph 1.

2.       Mattress Firm lacks knowledge or information sufficient to form a belief as to the allegations in paragraph 2 and on that basis denies.

3.       Mattress Firm admits the allegation in the first sentence of paragraph 3. Mattress Firm denies the allegations in the second sentence of paragraph 3.

4.       Paragraph 4 contains a statement of law to which no response is required. To the extent the paragraph cites to other sources, the sources speak for themselves and Mattress Firm lacks knowledge or information sufficient to form a belief about the truth of such allegations and therefore denies them on that basis.

5.       Paragraph 5 contain a statement of law to which no response is required.

6.       Mattress Firm admits the allegations in the first sentence of paragraph 6. Mattress Firm admits that it sells its Products in its retail locations and through its website. Except as expressly admitted, Mattress Firm lacks knowledge or information sufficient to form a belief about the truth of the remainder of such allegations and therefore denies them on that basis.

7.       Mattress Firm admits that is advertises sales for its products in its retail locations and on its website. Except as expressly admitted, Mattress Firm denies each and every allegation in paragraph 7.

8.       Mattress Firm denies the allegations in paragraph 8.

### JURISDICTION AND VENUE

9.       Paragraph 9 contains a legal conclusion to which no response is required.

10.       Mattress Firm admits the allegations in paragraph 10.

11.       Mattress Firm admits that it conducts business in the State of California. Mattress Firm lacks knowledge or information sufficient to form a belief as to the truth as to where Wong resides and on that basis denies that portion of paragraph 11. Except as expressly admitted, Mattress

DOCUMENT PREPARED ON RECYCLED PAPER

- 2 -

Firm denies each and every other allegation in paragraph 11.

## **PARTIES**

12.    Mattress Firm lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 12 and on that basis denies.

13.    Mattress Firm lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 13 and on that basis denies.

14.    Mattress Firm admits the allegations in paragraph 14.

15.    Paragraph 15 is a statement of the case to which no response is required. To the extent a response is required, Mattress Firm lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 15 and on that basis denies.

16.    Paragraph 16 is a statement of the case to which no response is required. To the extent a response is required, Mattress Firm lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 16 and on that basis denies.

## **FACTUAL ALLEGATIONS**

17.    Mattress Firm admits the allegations in paragraph 17.

18.    Mattress Firm denies the allegations in paragraph 18.

19.    Mattress Firm admits that is advertises sales for its products in its retail locations. Except as expressly admitted, Mattress Firm denies each and every allegation in paragraph 7.

20.    Mattress Firm lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 20 at this time and on that basis denies. Mattress Firm reserves the right to amend this answer to the extent information is available to it at a later time.

21.    Mattress Firm lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 21 at this time and on that basis denies. Mattress Firm reserves the right to amend this answer to the extent information is available to it at a later time.

22.    Mattress Firm lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 22 and on that basis denies.

23.    Mattress Firm lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 23 at this time and on that basis denies.

DOCUMENT PREPARED
ON RECYCLED PAPER

DEFENDANT MATTRESS FIRM, INC.'S ANSWER TO PLAINTIFF'S CLASS ACTION COMPLAINT

24.    Mattress Firm lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 24 and on that basis denies.

25.    Mattress Firm lacks knowledge or information sufficient to form a belief as to the truth of the allegations in the first two sentences in paragraph 25 at this time and on that basis denies. Mattress Firm lacks knowledge or information sufficient to form a belief as to what Wong believed at the time she allegedly purchased the Products and on that basis denies the remaining allegations in paragraph 25.

39.    Mattress Firm lacks knowledge or information sufficient to form a belief as to what Wong believed at the time she allegedly purchased the Products and on that basis denies that portion of paragraph 39. Mattress Firm denies each and every other allegation in paragraph 39.

40.    Mattress Firm denies the allegations in paragraph 40.

41.    Mattress Firm lacks knowledge or information sufficient to form a belief as to the truth of the allegations in the first sentence in paragraph 42 at this time and on that basis denies. Mattress Firm lacks knowledge or information sufficient to form a belief as to the accuracy of the publicly available internet archives Wong refers to and on that basis denies each and every other allegation in paragraph 41.

42.    Mattress Firm lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 42 and on that basis denies.

43.    Mattress Firm denies the allegations in paragraph 43.

44.    Mattress Firm denies the allegations in paragraph 44.

45.    Mattress Firm denies the allegations in paragraph 45.

46.    Mattress Firm denies the allegations in paragraph 46.

**A.    Defendants advertisements violate California Law**

47.    Paragraph 47 contains a statement of law to which no response is required. To the extent the paragraph cites to other sources, the sources speak for themselves and Mattress Firm lacks knowledge or information sufficient to form a belief about the truth of such allegations and therefore denies them on that basis.

**California's Consumers Legal Remedies Act**

DOCUMENT PREPARED ON RECYCLED PAPER

48.     The first sentence in paragraph 48 contains a statement of law to which no response is required. Mattress Firm denies each and every other allegation in paragraph 48.

**California's False Advertising Law**

49.     The first sentence in paragraph 49 contains a statement of law to which no response is required. Mattress Firm denies each and every other allegation in paragraph 49.

**California's Unfair Competition Law**

50.     Paragraph 50 contains a statement of law to which no response is required.

51.      Paragraph 51 contains a statement of law to which no response is required.

52.     Paragraph 52 contains a statement of law to which no response is required.

53.     Mattress Firm denies the allegations in paragraph 53.

**Defendants' advertisements harm consumers.**

54.     Mattress Firm lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 54 and on that basis denies.

55.     Mattress Firm lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 55 and on that basis denies.

56.     Mattress Firm lacks knowledge or information sufficient to form a belief as to the truth of the allegations in the first sentence in paragraph 56 and on that basis denies. To the extent the paragraph cites to websites or sources, the sources speak for themselves and Mattress Firm lacks knowledge or information sufficient to form a belief about the truth of such allegations and therefore denies them on that basis.

57.     Mattress Firm denies the allegations in paragraph 57.

**Plaintiff was misled by Defendants' Misrepresentations.**

58.     Mattress Firm lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 58 and on that basis denies.

59.     Mattress Firm lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 59 and on that basis denies.

60.     Mattress Firm lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 60 and on that basis denies.

DOCUMENT PREPARED ON RECYCLED PAPER

61.  Mattress Firm denies the allegations in paragraph 61.

62.  Mattress Firm lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 62 and on that basis denies.

## CLASS ALLEGATIONS

63.  Paragraph 63 contains a statement of the case to which no response is required.

64.  Paragraph 64 contains a statement of the case to which no response is required.

65.  Mattress Firm denies the allegations in paragraph 65.

66.  Mattress Firm denies the allegations in paragraph 66.

67.  Mattress Firm denies the allegations in paragraph 67.

68.  Mattress Firm denies the allegations in paragraph 68.

   a.  Mattress Firm denies the allegations in paragraph 68(a).

   b.  Mattress Firm denies the allegations in paragraph 68(b).

   c.  Mattress Firm denies the allegations in paragraph 68(c).

   d.  Mattress Firm denies the allegations in paragraph 68(d).

   e.  Mattress Firm denies the allegations in paragraph 68(e).

   f.  Mattress Firm denies the allegations in paragraph 68(f).

69.  Mattress Firm denies the allegations in paragraph 69.

70.  Mattress Firm denies the allegations in paragraph 70.

71.  Mattress Firm denies the allegations in paragraph 71.

   a.  Mattress Firm denies the allegations in paragraph 71(a).

   b.  Mattress Firm denies the allegations in paragraph 71(b).

   c.  Mattress Firm denies the allegations in paragraph 71(c).

   d.  Mattress Firm denies the allegations in paragraph 71(d).

   e.  Mattress Firm denies the allegations in paragraph 71(e).

   f.  Mattress Firm denies the allegations in paragraph 71(f).

   g.  Mattress Firm denies the allegations in paragraph 71(g).

   h.  Mattress Firm denies the allegations in paragraph 71(h).

72.  Mattress Firm denies the allegations in paragraph 72.

DOCUMENT PREPARED ON RECYCLED PAPER

DEFENDANT MATTRESS FIRM, INC.'S ANSWER TO PLAINTIFF'S CLASS ACTION COMPLAINT

73. Paragraph 73 contains a statement of the case to which no response is required.

74. Mattress Firm denies the allegations in paragraph 74.

**FIRST CAUSE OF ACTION**
**Violation of California's Consumers Legal Remedies Act**
**(On behalf of Plaintiff and Class Members Against Defendants)**

75. Mattress Firm incorporates by reference its prior responses as if set forth herein.

76. Paragraph 76 contains a statement of the case to which no response is required.

77. Paragraph 77 contains a statement of law to which no response is required.

78. Paragraph 78 contains a statement of law to which no response is required. To the extent a response is required, Mattress Firm lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 78 and on that basis denies.

79. Mattress Firm denies the allegations in paragraph 79.

80. Mattress Firm denies the allegations in paragraph 80.

81. Mattress Firm denies the allegations in paragraph 81.

82. Mattress Firm denies the allegations in paragraph 82.

83. Mattress Firm denies the allegations in paragraph 83.

84. Mattress Firm denies the allegations in paragraph 84.

85. Mattress Firm denies the allegations in paragraph 85.

86. Mattress Firm denies the allegations in paragraph 86.

87. Mattress Firm denies the allegations in paragraph 87.

88. Mattress Firm denies the allegations in paragraph 88.

89. Mattress Firm admits that Wong served a letter on Mattress Firm prior to filing suit. Mattress Firm also admits that it denied all wrongdoing. Except as expressly admitted, Mattress Firm denies each and every allegation in paragraph 89.

90. Paragraph 90 contains a statement of the case to which no response is required.

**SECOND CAUSE OF ACTION**
**Violation of California Unfair Competition Law ("UCL")**
**Cal. Bus. & Prof. Code § 17200 *et seq.***
**(On behalf of Plaintiff and Class Members Against Defendants)**

91. Mattress Firm incorporates by reference its prior responses as if set forth herein.

92. Mattress Firm denies the allegations in paragraph 92.

DOCUMENT PREPARED
ON RECYCLED PAPER

- 7 -

*The Unlawful Prong*

93. Mattress Firm denies the allegations in paragraph 93.

94. Paragraph 94 contains a statement of law to which no response is required.

95. Paragraph 95 contains a statement of law to which no response is required.

96. Paragraph 96 contains a statement of law to which no response is required. To the extent a response is required, Mattress Firm denies the allegations in paragraph 96 that it is engaged in a prohibited pricing scheme.

97. Paragraph 97 contains a statement of law to which no response is required.

98. Paragraph 98 contains a statement of law to which no response is required.

99. Paragraph 99 contains a statement of law to which no response is required.

100. Mattress Firm denies the allegations in paragraph 100.

*The Deceptive Prong*

101. Mattress Firm denies the allegations in paragraph 101.

102. Mattress Firm denies the allegations in paragraph 102.

103. Mattress Firm denies the allegations in paragraph 103.

*The Unfair Prong*

104. Mattress Firm denies the allegations in paragraph 104.

105. Mattress Firm denies the allegations in paragraph 105.

106. Mattress Firm denies the allegations in paragraph 106.

107. Mattress Firm denies the allegations in paragraph 107.

108. Mattress Firm denies the allegations in paragraph 108.

109. Mattress Firm denies the allegations in paragraph 109.

110. Mattress Firm denies the allegations in paragraph 110.

111. Mattress Firm denies the allegations in paragraph 111.

112. Mattress Firm denies the allegations in paragraph 112.

113. Mattress Firm denies the allegations in paragraph 113.

## JURY DEMAND

114. Paragraph 114 contains a statement of the case to which no response is required.

DOCUMENT PREPARED
ON RECYCLED PAPER

## AFFIRMATIVE DEFENSES

Without admitting any of the allegations in Wong's complaint, Mattress Firm asserts and alleges the following separate and additional affirmative defenses. By setting forth these defenses, Mattress Firm does not assume the burden of proving any fact, issue, or element of a cause of action where such burden properly belongs to Wong.

## FIRST AFFIRMATIVE DEFENSE

## (FAILURE TO STATE A CLAIM)

Mattress Firm alleges that the complaint, and each of the purported claims therein, fails to state facts sufficient to constitute a cause of action against it.

## SECOND AFFIRMATIVE DEFENSE

## (LACHES)

Mattress Firm alleges that plaintiff is barred by the doctrine of laches from asserting all of the claims in the complaint in that Wong has unreasonably delayed bringing this action, and such delay has caused prejudice to Mattress Firm.

## THIRD AFFIRMATIVE DEFENSE

## (ESTOPPEL)

Mattress Firm alleges that Wong's claims in the complaint are barred by the doctrines of collateral and/or equitable estoppel.

## FOURTH AFFIRMATIVE DEFENSE

## (WAIVER)

Mattress Firm alleges that the claims in the complaint are barred by the doctrine of waiver.

## FIFTH AFFIRMATIVE DEFENSE

## (CONSENT)

Each purported claim in the complaint is barred because Wong acknowledged, consented to, or acquiesced in the alleged acts or omissions, if any, of Mattress Firm.

DOCUMENT PREPARED
ON RECYCLED PAPER

- 9 -

## SIXTH AFFIRMATIVE DEFENSE

### (UNCLEAN HANDS)

Mattress Firm alleges that Wong's claims asserted in the complaint are barred by the doctrine of unclean hands.

## SEVENTH AFFIRMATIVE DEFENSE

### (STATUTES OF LIMITATION)

Mattress Firm alleges Wong's claims are barred in whole or in part by the applicable statute of limitations.

## EIGHTH AFFIRMATIVE DEFENSE

### (JUSTIFICATION)

Mattress Firm alleges that Wong's claims are barred by the doctrine of justification.

## NINTH AFFIRMATIVE DEFENSE

### (ABSTENTION)

Mattress Firm alleges that Wong's claims should be denied under the doctrine of equitable abstention.

## TENTH AFFIRMATIVE DEFENSE

### (RESERVATION OF RIGHTS TO ASSERT ADDITIONAL DEFENSES)

Mattress Firm presently has insufficient knowledge or information upon which to form a belief as to whether it may have additional, as yet unstated, affirmative defenses. Mattress Firm reserves the right to assert additional affirmative defenses in the event discovery indicates such defenses may be appropriate.

## REQUEST FOR RELIEF

WHEREFORE, Mattress Firm prays for judgment as follows:

1.    Plaintiff take nothing by way of the complaint and that judgment be rendered in favor of Mattress Firm;

2.    That Mattress Firm be awarded its costs of suit, including reasonable attorneys' fees to the extent allowable; and

DEFENDANT MATTRESS FIRM, INC.'S ANSWER TO PLAINTIFF'S CLASS ACTION COMPLAINT

DOCUMENT PREPARED ON RECYCLED PAPER

3.    That Mattress Firm be awarded such other and further relief as the Court may deem appropriate.

Dated: May 4, 2026

**NORTON ROSE FULBRIGHT US LLP**
JEFFREY MARGULIES
EVA YANG
ALEXANDRA M. PEREZ


By /s/ Alexandra M. Perez_____

   ALEXANDRA M. PEREZ
   Attorneys for Defendant
   MATTRESS FIRM, INC.

DOCUMENT PREPARED
ON RECYCLED PAPER

- 11 -